UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERARDO SOLIS-TENORIO,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. 09-cv-1021-RSM
06-cr-0281-RSM-2

ORDER OF DISMISSAL

The Court, after careful consideration of Petitioner's 28 U.S.C. § 2255 motion for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion is DENIED and this case is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and Judge Donohue.

DATED this 8 day of December 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE